[This opinion has been published in *Ohio Official Reports* at 78 Ohio St.3d 171.]

MCCLOSKY, APPELLANT, *v*. REGAL MINING, INC.; ADMINISTRATOR, BUREAU OF WORKERS' COMPENSATION, ET AL., APPELLEES.

THE STATE EX REL.]TARR *v*. ADMINISTRATOR, BUREAU OF WORKERS' COMPENSATION, ET AL.

[Cite as *McClosky v. Regal Mining, Inc.*, 1997-Ohio-220.]

*Workers' compensation—R.C. 4123.512—Appeal to court of common pleas—Decision of Industrial Commission to deny compensation for additional condition requested subsequent to initial allowance of the claim is an appealable decision.*

(Nos. 95-2635 and 96-304—Submitted March 4, 1997—Decided April 16, 1997.)

APPEAL from the Court of Appeals for Carroll County, No. 650.

IN MANDAMUS.

———————————

*Cross & Rose Co., L.P.A.,* and *Richard S. Dodson, Jr.*, for appellant in case No. 95-2635.

*Betty D. Montgomery*, Attorney General, *Simon B. Karas*, Deputy Chief Counsel, and *William A. Thorman III*, Assistant Attorney General, for appellees Administrator, Bureau of Workers' Compensation, and Industrial Commission of Ohio in case No. 95-2635.

*Joseph R. Compoli, Jr.*, and *Mark S. Telich*, for relator in case No. 96-304.

*Betty D. Montgomery*, Attorney General, and *Gerald H. Waterman*, Assistant Attorney General, for respondents in case No. 96-304.

———————————

{¶ 1} The judgment of the court of appeals in case No. 95-2635 is reversed and the cause is remanded to the trial court for further proceedings on the authority of *Afrates v. Lorain* (1992), 63 Ohio St.3d 22, 584 N.E.2d 1175.

{¶ 2} The complaint in mandamus in case No. 96-304 is dismissed because relator has an adequate legal remedy from the Industrial Commission's order by way of appeal to the court of common pleas. R.C. 4123.512; *Afrates v. Lorain.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____